■ ENRIQUE DUMAS, Respondent, v UNITED STATES LINES, INC., Appellant.—Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered January 17, 1991, which, after a jury trial, found in favor of plaintiff as against defendant as to liability and awarded plaintiff damages in the amount of $378,000 exclusive of interest and costs, unanimously affirmed, with costs.

According wide deference to the factfinder's assessment of credibility and drawing all factual inferences in favor of

plaintiff, the successful litigant (1 Newman, New York Appellate Practice § 4.10), we conclude that the verdict does not deviate materially from what would be reasonable compensation (CPLR 5501 [c]; *Harvey v Mazal Am. Partners,* 79 NY2d 218). Concur—Carro, J. P., Wallach, Asch, Smith and Rubin, JJ.